683 A.2d 1158

COACHES ISLAND CORPORATION v. DIRECTOR,
DIVISION OF TAXATION.

October 23, 1996.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

683 A.2d 1159

SUSAN MARTUSUS, ET AL. v. THOMAS J. TARTAMOSA, ET AL.

October 30, 1996.

## ORDER

Leave to appeal is granted.

683 A.2d 1159

F.G. v. REVEREND ALEX MACDONELL, ETC.

October 30, 1996.

## ORDER

Leave to appeal is granted.